# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Elijah John Buchanan**<br>DOB: 1982; U.S. Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**12-06918M** |

Complaint for violation of Title 21 United States Code § 841(a)(1) and 841(b)(1)(C)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about August 12, 2012, at or near Green Valley, in the District of Arizona, **Elijah John Buchanan**, did knowingly and intentionally possess with intent to distribute 50 kilograms or more, but less than 100 kilograms of marijuana, that is, approximately 83.16 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On August 12, 2012, at approximately 4:00 PM, near Green Valley, Arizona, U.S. Border Patrol Agents responded to assist in locating a grey GMC Sierra that was traveling on roads that circumvented the U.S. Border Patrol Checkpoint. The vehicle had eluded agents by driving at a high rate of speed through washes and unpaved roads. Agents were able to initiate an encounter on a narrow strip of road. As the agents approached the driver he became noncompliant and attempted to drive away. Agents were able to stop the vehicle and detain the driver, Elijah John Buchanan. A drug detection canine alerted to the vehicle for an odor it is trained to detect. The interior of the vehicle was emitting the smell of marijuana and only contained desert brush. The agents backtracked the tire tracks of the pickup truck to a pull off on the road and the drug detection canine began an open field search. The drug detection canine began working a scent cone to a location 100 yards away from the pull out. The search revealed eight bundles of marijuana under a tree. After the arrest, it was determined that the vehicle was reported stolen. The eight bundles of marijuana had a total weight of approximately 83.16 kilograms.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| REQUEST DETENTION<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>Barry/js<br>AUTHORIZED BY: AUSA<br>Sworn to before me and subscribed in my presence. | SIGNATURE OF COMPLAINANT<br>Alma Cabrera |
|---|---|
| | OFFICIAL TITLE Border Patrol Agent |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>August 13, 2012 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54